Randal J. French
Jared C. Hoskins
BAUER & FRENCH
1501 Tyrell Lane
Post Office Box 2730
Boise, Idaho 83701-2730
Telephone (208) 383-0090
Facsimile 383-0412
E-Mail rfrench@bauerandfrench.com
  ISB Nos.3032/7953

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| In Re:<br><br>URWIN, GLORIA,<br><br>       Debtor. | Bkr. Case No. 09-01921-JDP<br>Chapter 7 |

**MOTION FOR AWARD OF DAMAGES
FOR VIOLATION OF THE AUTOMATIC STAY
AGAINST KRISTIN R. THOMPSON & KRT, LLC,
dba THOMPSON LAW FIRM**

      COMES NOW the Debtor, Gloria Urwin, by and through her counsel of record, Randal J. French, of the firm of Bauer & French, and moves this Court for an order awarding her actual damages and punitive damages against Kristin R. Thompson and KRT, LLC dba Thompson Law Firm (hereinafter, "Thompson"), jointly and severally, for the continuing violation of 11 U.S.C. Section 362 (a)(1), (5), and/or (6). Debtor's Brief in Support of Motion for Award of Damages for Violation of the Automatic Stay Against Kristin R. Thompson & KRT, LLC, dba Thompson Law Firm is filed concurrently herewith.

      RESPECTFULLY SUBMITTED this __23__ day of June, 2010.

                                  BAUER & FRENCH

                                  /s/ _____
                                  Randal J. French, of the firm, Attorney for Debtor

## CERTIFICATION OF SERVICE

I hereby certify that on the __23__ day of June, 2010, a true and correct copy of the foregoing was served upon:

Office of the U.S. Trustee  
Washington Group Central Plaza  
720 Park Blvd., Ste. 220  
Boise, ID 83712-7764  

☐ First Class Mail  
☐ Hand Delivery  
☒ Electronic Notice  
☐ Facsimile  

Jeremy Gugino, Chapter 7 Trustee  
111 Broadway Ave Ste 101  
PMB 222  
Boise, ID 83702  

☐ First Class Mail  
☐ Hand Delivery  
☒ Electronic Notice  
☐ Facsimile  

Kristen R. Thompson  
Thompson Law Firm  
78 SW Fifth Ave., Suite 2  
Meridian, ID 83642-2923  

☐ First Class Mail  
☐ Hand Delivery  
☒ Electronic Notice  
☐ Facsimile  

/s/ _____  
Randal J. French